IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51185
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TONY EDWARD POWELL,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CR-4-1
- - - - - - - - - - -
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Tony Edward Powell, federal prisoner #61525-080, seeks leave
to proceed *in forma pauperis* (IFP).  Powell has failed to
demonstrate a nonfrivolous issue for appeal.  His motion for IFP
is therefore DENIED, and this appeal is DISMISSED.  See Howard v.
King, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.

     Powell's motion to amend or supplement his appeal brief is
DENIED.

     APPEAL DISMISSED; MOTIONS DENIED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.